UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY A. HOGAN,

       Plaintiff,                                            Case No: 1:06-CV-730

v                                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 12) is approved and adopted as the opinion of the Court.

2. The decision by the Commissioner of Social Security is hereby AFFIRMED, and Plaintiff's request for a remand is DENIED.


Dated:   January 24, 2008                                    /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                           United States District Judge